

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

PT:LXN
F.#2013R00281

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 25, 2013

Via ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. John Doe
           Criminal Docket No. 13-255 (NGG)

Dear Judge Garaufis:

      The government respectfully submits this letter to provide public notice that it filed a motion and proposed order to close the courtroom in this matter for a proceeding and that the government requested that the motion and any order entered by the Court be filed under seal.

      The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled for July 26, 2013 at 4:30 p.m.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:  /S/_____
     Lan Nguyen
     Assistant U.S. Attorney
     (718) 254-6162

cc: Gordon Mehler (via email)