MEC:mec
F.#2013R00221
ORDER.GALLIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JOHN DOE (GREGORY GALLIGAN),

    Defendant.

- - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

Cr. No. 13-255(NGG)

    UPON the application of the United States of America, by Assistant United States Attorney Martin E. Coffey, and with the consent of the defendant GREGORY GALLIGAN, by his attorney Gordon Mehler, Esq., it is hereby

    ORDERED that the entire docket in the above-captioned matter be unsealed forthwith.

Dated:  Brooklyn, New York
       December 9, 2015

                              s/NIcholas G. Garaufis
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK